IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:11CR334
                             )
      v.                     )
                             )
VICTOR SMITH,                )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue trial (Filing No. 16). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; trial of this matter is scheduled for:

**Tuesday, January 17, 2012, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The parties will have additional time to finalize plea negotiations and it will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 22, 2011, and January 17, 2012, shall be deemed excludable time in any

computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court